**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**AT CENTRAL ISLIP**

------------------------------------X

In Re:

BHUPENDRA C SHAH

                              Debtor(s).

------------------------------------X

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2025 NOV -5 A 9: 35    RECEIVED/MR

Case No.    824-73810-AST
Chapter 7

TRUSTEE'S AFFIRMATION
AFFIRMATION OF
UNCLAIMED DIVIDENDS

Allan B. Mendelsohn, the Trustee herein, having filed his Final Report and Account of the administration of the estate of Bhupendra C Shah; and, an Order approving the report and its Proposed Distribution having been issued on July 25, 2025, a copy of which is annexed hereto as an Exhibit, hereby affirms under penalty of perjury:

1.    That all distributions required pursuant to the Final Report and Proposed Distribution have been completed except as to the claim listed below for which the distribution check was sent to the correct mailing address, was either returned as undeliverable and efforts to forward the payment was unsuccessful, or it was not returned and was not presented for payment – although more than ninety days have passed since distribution was made.

2.    That, as a result of the above, payment on the dividend check was stopped and the funds remaining in the trustee's escrow account related thereto total $65,148.70.

3.    That the escrow account currently has a balance of $65,148.70 in unclaimed dividends as may be verified by reference to the most recent bank statement for the period ending September 30, 2025 is annexed hereto as an Exhibit.

4.    That the funds remaining in the trustee's possession are herewith being delivered to the Clerk of the Court as unclaimed dividends in order that the proper party may eventually receive payment on their claim as follows:

| | |
|---|---|
| Claim #3 | $65,148.70 |
| Forte Management Group, Inc. | |
| c/o Trenk Isabel Siddiqui & | |
| Shahdanian, P.C. | |
| 290 W. Mt. Pleasant Ave., Suite 2370 | |
| Cranbury, NJ  08512 | |

Dated: Huntington, New York
       October 27, 2025

_____
ALLAN B. MENDELSOHN
Trustee