**Fill in this Information to identify the case:**

Debtor 1    Bhupendra    C.    Shah
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number:    824-73810-AST

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2026 MAY 26  P 1:33

RECEIVED/MR

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $65,148.70 |
|---|---|
| Claimant's Name: | Forte Management Group Inc. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Forte Management Group Inc. c/o Vijay Marupaka<br>1249 S. River Road, Suite 205<br>Cranbury, New Jersey 08512<br>frank@tridentholdings.us<br>973-896-8003 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒    Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐    Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation *(Check statement that applies)*

☒    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney** *(Check statement that applies)*

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: January 16, 2026 | Date: _____ |
| *[signature]* | _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Vijay Marupaka | _____ |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 1249 South River Ao, #205 Cranbury, NJ 08512 | Address: |
| Telephone: 973-896-8003 | Telephone: _____ |
| Email: frank@tridentholdings.us | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF New Jersey | STATE OF _____ |
| COUNTY OF Middlesex | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated January 16, 2026 was subscribed and sworn to before me this 18th day of January, 20 26 by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by |
| Vijay Marupaka | _____ |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal. |
| (SEAL)    Notary Public *[signature]* | (SEAL)    Notary Public _____ |
| My commission expires: | My commission expires: |
| UDAYA S NALLABATHULA Notary Public, State of New Jersey Comm. # 50137519 My Commission Expires 09/18/2030 | |